UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

    Plaintiff,

CASE NO. 1:12-CV-1101

v.

HON. ROBERT J. JONKER

NICHOLAS BOSSARD,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this day, judgment is entered in favor of Plaintiff AF Holdings, LLC and against Defendant Nicholas Bossard for damages of $6,000, together with costs of $391.75 and attorney's fees of $525.00, for a total award of $6,916.75. Interest shall accrue as allowed by law.


DATED:   February 14, 2013               /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE